# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAPREENA FOWLER,<br><br>                Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA and ALAMEDA COUNTY SHERIFF'S OFFICE; MISTY JOHNSON; ROSARIO ROBSON; and MICAH BENNETT,<br><br>                Defendants. | Case No. 11-cv-04597 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 6 |

The parties request that the initial case management conference currently scheduled for December 28, 2011 be continued to January 18, 2012 at 10:00 a.m. Dkt. No. 6. The request is GRANTED.

IT IS SO ORDERED.

DATED: November 14, 2011

                                                      NATHANAEL M. COUSINS
                                                      United States Magistrate Judge