1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K.B. SLADDEN (CSBN 203307)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6962
6      FAX: (415) 436-6748
       melissa.sladden@usdoj.gov
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12
   PHU G. HUYNH,                    )   No. C-11-3195 NC
13                                  )
         Plaintiff,                 )
14                                  )   STIPULATION AND [PROPOSED]
      v.                            )   ORDER TO MODIFY BRIEFING
15                                  )   SCHEDULE REGARDING FEDERAL
   PATRICK DONAHOE, POSTMASTER      )   DEFENDANT'S MOTION TO DISMISS
16 GENERAL UNITED STATES POSTAL     )
   SERVICE,                         )
17                                  )
         Defendant.                 )
18 _____)

19

20

21

22

23

24

25

26

27

28

[STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE RELATED TO FED. DEF.
MOTION TO DISMISS - C-11-3195 NC

1  The plaintiff, Phu Huynh, ("Plaintiff") *pro se* and the federal defendant Patrick Donahoe, Postmaster General United States Postal Service ("Federal Defendant") by and through its counsel stipulate to the following:

WHEREAS, on November 2, 2011, the Court issued an order modifying the briefing schedule regarding the defendant Patrick Donahoe, Postmaster General United States Postal Service ("Defendant") pending motion to dismiss. Pursuant to the modified schedule the Plaintiff's opposition is due January 25, 2012, and Defendant's reply brief is currently due on February 1, 2012 and the hearing is currently scheduled for February 8, 2012 at 9:00 a.m.;

WHEREAS, the parties have a mediation scheduled on January 11, 2012;

WHEREAS, the Assistant United States Attorney assigned to this case will be out of the country from January 27, 2012 through February 2, 2012, and does not believe that one day will be sufficient time to prepare its reply brief, and thus requests a brief one-week extension to file a Reply brief;

ACCORDINGLY, it is hereby agreed by the Parties, that the Federal Defendant shall have until February 8, 2012 to file a Reply brief in support of its motion to dismiss and the hearing on such motion is continued to February 15, 2012 at 9:00 a.m..

So Stipulated

DATED: January 11, 2012

Respectfully submitted,
MELINDA HAAG
United States Attorney

S/ Melissa Sladden

MELISSA SLADDEN
Assistant United States Attorney

DATED: January 11, 2012

PHU HUYNH
Pro Se

PHU HUYNH
*Pro Se*

[STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE RELATED TO FED. DEF. MOTION TO DISMISS - C-11-3195 NC

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the Federal Defendant shall have until February 8, 2012 to file its Reply Brief in support of its motion to dismiss and the hearing on such motion is continued to February 15, 2012 at 9:00 a.m.

IT IS SO ORDERED

Dated: 1/12/12

NATHANAEL M. COUSINS
United States Magistrate Judge

[STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY BRIEFING SCHEDULE RELATED TO FED. DEF. MOTION TO DISMISS - C-11-3195 NC