Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, MISTY JOHNSON,
ROSARIO ROBSON, and MICAH BENNETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SAPREENA FOWLER, by and through her Guardian Ad Litem, HOLLY WEBB, individually,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF ALAMEDA and ALAMEDA COUNTY SHERIFF'S OFFICE, public entities, DEPUTY MISTY JOHNSON, DEPUTY ROSARIO ROBSON, and DEPUTY MICAH BENNETT, individually, and DOES 1 through 10, jointly and severally,<br><br>　　　　　Defendants. | Case No.: C11-04597 NC (BZ)<br><br>**[PROPOSED] ORDER GRANTING INDIVIDUAL DEFENDANT'S REQUEST TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT MARCH 1, 2012 SETTLEMENT CONFERENCE** |

　　　Defendants MISTY JOHNSON, ROSARIO ROBSON, and MICAH BENNETT have requested to be excused from personally attending the March 1, 2012 settlement conference, or from being available by telephone for the duration of the settlement conference.

　　　Attending in their place will be a representative of defendant COUNTY OF ALAMEDA, who is authorized to settle the case.

　　　~~Good cause appearing,~~　　No opposition having been received,

　　　The request by defendants MISTY JOHNSON, ROSARIO ROBSON, and MICAH

/
/
/

1

*Fowler v. County of Alameda, et al./*Case #C11-04597 NC (BZ)
[Proposed] Order Granting Individual Defendant's Request To Be Excused From Appearing In Person Or By Telephone At March 1, 2012 Settlement Conference

1  BENNETT to be excused from the conference is hereby granted.

2  Dated:   February 16, 2012

3  _____
   Magistrate Judge Bernard Zimmeran

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

2

*Fowler v. County of Alameda, et al./*Case #C11-04597 NC (BZ)
[Proposed] Order Granting Individual Defendant's Request To Be Excused From Appearing In Person Or By Telephone At March 1, 2012 Settlement Conference