

1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:   510-763-2324
4  Fax:   510-273-8570

5  Attorneys For Defendants
   COUNTY OF ALAMEDA, MISTY JOHNSON,
6  ROSARIO ROBSON, and MICAH BENNETT

7

8              UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10 SAPREENA FOWLER, by and through her  )  Case No.: C11-04597 NC (BZ)
   Guardian Ad Litem, HOLLY WEBB,       )
11 individually,                        )  [PROPOSED] ORDER GRANTING
                                        )  INDIVIDUAL DEFENDANT'S REQUEST
12        Plaintiff,                    )  TO BE EXCUSED FROM APPEARING IN
                                        )  PERSON OR BY TELEPHONE AT
13    vs.                               )  MARCH 1, 2012 SETTLEMENT
                                        )  CONFERENCE
14 COUNTY OF ALAMEDA and ALAMEDA        )
   COUNTY SHERIFF'S OFFICE, public      )
15 entities, DEPUTY MISTY JOHNSON,      )
   DEPUTY ROSARIO ROBSON, and           )
16 DEPUTY MICAH BENNETT, individually,  )
   and DOES 1 through 10, jointly and severally, )
17                                      )
          Defendants.                   )
18 _____)

19        Defendants MISTY JOHNSON, ROSARIO ROBSON, and MICAH BENNETT have

20 requested to be excused from personally attending the March 1, 2012 settlement conference, or

21 from being available by telephone for the duration of the settlement conference.

22        Attending in their place will be a representative of defendant COUNTY OF

23 ALAMEDA, who is authorized to settle the case.

24        ~~Good cause appearing,~~    No opposition having been received,

25        The request by defendants MISTY JOHNSON, ROSARIO ROBSON, and MICAH

26 /

27 /

28 /

                                        1
_____
*Fowler v. County of Alameda, et al.*/Case #C11-04597 NC (BZ)
[Proposed] Order Granting Individual Defendant's Request To Be Excused From Appearing In Person Or By
Telephone At March 1, 2012 Settlement Conference

1  BENNETT to be excused from the conference is hereby granted.

2  Dated:   February 16, 2012

3  _____
   Magistrate Judge Bernard Zimmeran

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

*Fowler v. County of Alameda, et al.*/Case #C11-04597 NC (BZ)
[Proposed] Order Granting Individual Defendant's Request To Be Excused From Appearing In Person Or By Telephone At March 1, 2012 Settlement Conference