UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAPREENA FOWLER,<br><br>       Plaintiff(s),<br><br>  v.<br><br>COUNTY OF ALAMEDA AND<br>ALAMEDA COUNTY SHERIFF'S<br>OFFICE, et al.,<br><br>       Defendant(s). | No. C11-4597 NC (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO: Defendant(s) and their attorney(s) of record:

On 1/18/2012, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for 3/1/2012. Your statement was due 2/23/2012. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by **Noon, on Monday, February 27, 2012**, Defendant(s) and their counsel(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: February 24, 2012

                                        Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-REFS\REFS.2012\FOWLER SC LATE PAPERS DEFS.wpd

1