IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAPREENA FOWLER, by and through her Guardian Ad Litem, HOLLY WEBB,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF ALAMEDA and ALAMEDA COUNTY SHERIFF'S OFFICE, DEPUTY MISTY JOHNSON, DEPUTY ROSARIO ROBSON, and DEPUTY MICAH BENNETT,<br><br>　　　　Defendants. | Case No. 3:11-cv-04597 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING TRIAL DATES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Based on the joint request in the parties' joint case management statement, the Case Management Conference scheduled for September 12, 2012 is continued to November 28, 2012 at 10:00 a.m. before Judge Cousins. The pretrial and trial dates are VACATED. The parties shall file an updated joint case management statement by November 21, 2012.

**IT IS SO ORDERED.**

Dated: September 5, 2012

　　　　　　　　　　　　　　　　　　　　NATHANAEL COUSINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge